EXHIBIT B

DATE FILED: November 25, 2020
CASE NUMBER: 2020CV69

FILED IN WELD COUNTY COMBINED COURTS
2020 NOV 25 PM 1 50

Weld County Combined Court
Weld County, Colorado
Court Address: 915 10th Street, Greeley CO 80631
P.O. Box 2038, Greeley CO 80632
Phone: 970-475-2400

Plaintiff(s): Barbara Brady

v.

Defendant(s): Wright Choice Inc
SRC Energy PDC

Attorney or Party Without Attorney: (Name & Address)
Barbara Brady
1200 Dawn Ave PO Box 214 Gilcrest Co 80623
Phone Number: 303-359-9637
FAX Number:
E-mail: BradyRemodel@aol.com
Atty. Reg. #:

Case Number:
Div.: Ctrm:

Complaint for Sueing Wright Choice and SRC

I am Sueing wright Choice for Sexual Title VII Discrimination and Equal pay and Retaliation.

I was thrown of an oil Sight for Being a woman I Have Been Dealing with EEOC since 2018 I was given the Rgnt to Sue By the EEOC. I Have attatched my Rgnt to Sue from the EEOC and my Charge of Discrimination along with A Letter Exsplaning what from 2013 to 2018.

I am Sueing SRC Engerg also called PDC for Sexuel Discrimination. I was thrown off a al Sgnt on April 2018 Due to my sex. I Have attached EEOC Rgnt to Sue and Charge of Dscrimination From EEOC, along with a letter Exspkening what Happen.

EEOC Form 161 (11/16)        **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

FILED IN WELD COUNTY
COMBINED COURTS
2020 NOV 25 PM 1 52

To: Barbara Brady
REDACTED

From: Denver Field Office
303 East 17th Avenue
Suite 410
Denver, CO 80203

DATE FILED: November 25, 2020 3:16 PM
CASE NUMBER: 2020CV69

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 541-2018-02410 | Philip Gross, Supervisory Investigator | (303) 866-1318 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

For Amy Burkholder, Director     August 26, 2020
(Date Mailed)

Enclosures(s)

cc:
Sandra Jacoby
Human Resources Director
SRC ENERGY
1675 Broadway, Suite 2600
Denver, CO 80202

Jackson Lewis
Attn: Ryan Lessmann, Esq.
950 17th Street, Suite 2600
Denver, CO 80202

Enclosure with EEOC
Form 161 (11/16)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Courts often require that a copy of your charge must be attached to the complaint you file in court. If so, you should remove your birth date from the charge. Some courts will not accept your complaint where the charge includes a date of birth. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice <u>and</u> within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request <u>within 6 months</u> of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 541-2018-02410 |

**Colorado Civil Rights Division** and EEOC
*State or local Agency, if any*

**Name** (Indicate Mr., Ms., Mrs.): Ms. Barbara Brady
**Home Phone** (Incl. Area Code): REDACTED
**Date of Birth**: REDACT

**Street Address / City, State and ZIP Code**: REDACTED

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

**Name**: SRC ENERGY
**No. Employees, Members**: 15 - 100
**Phone No.**: (720) 616-4300
**Street Address**: 1675 Broadway, Suite 2600, Denver, CO 80202

**DISCRIMINATION BASED ON** (Check appropriate box(es).):
☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 07-01-2016    Latest: 05-15-2018
☐ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

I. I began my employment with Wright Choice as an Oilfield Truck Driver/Truck Loader in February 2013. The Respondent contracts with Wright Choice and act as a joint employer. Around July 2016, a male laborer had me kicked off of all the Respondent's work sites because I am a woman. On April 15, 2018, I received a text message from my dispatcher, who told me "Don't go back to Evans (work location where I was assigned), the pumper is sexist." The dispatcher explained that the pumper did not want me at the work site because I am a woman. I reported this to Human Resources. The Respondent did not act to correct the illegal behavior. Due to the Respondent's failure to correct this employee's conduct, in May 2018, I was forced to quit my job.

II. Previously, another female truck driver was thrown off the same work site by the same pumper who still works for the Respondent. Respondent is aware of both incidents.

III. I believe the Respondent discriminated against me, on the basis of my sex (female), in violation of Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 9-4-18
Charging Party Signature: [signed] Barbara Brady

NOTARY — When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)
SEP 1 0 2018

RECEIVED
EEOC DENVER FIELD OFFICE

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 541-2018-02770 |

Colorado Civil Rights Division and EEOC
_State or local Agency, if any_

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Barbara Brady | REDACTED | REDACTED |

Street Address: REDACTED
City, State and ZIP Code:

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| WRIGHT CHOICE | 15 - 100 | (970) 565-7469 |

Street Address: 114 37th Street, Evans, CO 80620

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☒ OTHER (Specify) Equal Pay

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 07-01-2016   Latest: 05-15-2018
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I. I began my employment with the Respondent as an Oilfield Truck Driver/Truck Loader in February 2013. At all times, I performed my job duties in a satisfactory manner. During my employment, I was subjected to discrimination because of my sex and in retaliation for reporting discrimination. I and another female, who was also discriminated against, were the only female truck drivers. Around July 2016, while assigned to SRC Energy, a company that contracts with the Respondent, a male laborer told me that I "belonged in the kitchen." Shortly thereafter, on another occasion, the employee asked me "where are your safety glasses?" I had just exited my truck and other male drivers were standing around with no safety glasses on. This male complained to Respondent's owner, who told me to stay away from this man. Due to this man's actions, I was removed from the worksite for three months. The male employees suffered no consequences. On April 15, 2018, a male dispatcher sent me a text message, directing me not to go to Evans (worksite where I was assigned) because the "pumper is sexist." The pumper told the dispatcher that he didn't want a woman on the job site. Respondent's owner told me that this same pumper had another former female truck driver thrown off a job site as well. The owner told me that this pumper might come after me and I was concerned for my safety. I also reported this to Human Resources and told them

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 9-4-18  [signature] Barbara Brady<br>Date   Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year)  RECEIVED<br>SEP 10 2018 |

EEOC DENVER FIELD OFFICE

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 541-2018-02770 |

_____Colorado Civil Rights Division_____ and EEOC
State or local Agency, if any

that I was scared for my safety. The Respondent took no action to correct the conduct. Due to the unequal pay and the Respondent's failure to correct the harassment and blatant discrimination against me, in May 2018, I was forced to quit my job.

II. On many occasions, I told the owner that I wanted to move up within the company, and become a dispatcher. However, I was denied the promotion each time I applied. Most recently, I was passed over for a much less qualified male truck driver. Additionally, I was paid fewer wages than my male counterparts, although I had more tenure. I also made complaints about this. However, when my pay was finally increased in May 2017, it was still less than the males earned.

III. I believe the Respondent discriminated against me, on the basis of my sex (female), in violation of Title VII of the Civil Rights Act of 1964, as amended.

RECEIVED

SEP 10 2018

EEOC DENVER FIELD OFFICE

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 9-4-18   [signature]<br>Date   Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

EEOC Form 161 (11/16)          **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

FILED IN WELD COUNTY
COMBINED COURTS
2020 NOV 25 PM 1 52

| To: | Barbara Brady REDACTED | From: | Denver Field Office<br>303 East 17th Avenue<br>Suite 410<br>Denver, CO 80203 |
|---|---|---|---|

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 541-2018-02770 | Philip Gross,<br>Supervisory Investigator | (303) 866-1318 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

- NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

For     August 26, 2020
(Date Mailed)

Amy Burkholder,
Director

Enclosures(s)

cc:    Amanda Wright,
Human Resources Director
WRIGHT CHOICE
114 37th Street
Evans, CO 80620

Emily F. Keimig, Esq.
Sherman & Howard, LLP
633 Seventeenth St., Suite 3000
Denver, CO 80202

Enclosure with EEOC
Form 161 (11/16)

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Courts often require that a copy of your charge must be attached to the complaint you file in court. If so, you should remove your birth date from the charge. Some courts will not accept your complaint where the charge includes a date of birth. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 -- not 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do **not** relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months** of this Notice. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

Supporting Facts Document

FILED IN WELD COUNTY
COMBINED COURTS

2020 NOV 25 PM 1:52

DATE FILED: November 25, 2020 3:11 PM
CASE NUMBER: 2020CV69

I am a woman that has been a truck driver for over 20 years. I started working for tight choice in 2013 where I helped to start their production crew. I drove trucks for Wright Choice picking up production water and transfering oil from SRC energy, I also took care of SRC energy sites before I started working for Wright Choice. During my time at Wright Choice I was sexually discriminated against more than once, I was not making the same amount of money as other drivers. I was passed over three different times for the dispatching position even though the new dispatchers would call me for directions and advice on how to run SRC sites.

In 2017 I was fired by Wright Choice due to a pumper that either worked or was contracted by SRC energy. I had problems with this individual several times prior. I had gone to my dispatcher and Jeff Wright, I was told by Jeff Wright and my dispatcher that they would keep me away from this man and they did not. A few days before I was fired I was sent to a site that this man was running I went into the trailer he had asked me where my safety glasses were I had told him that I was wareing side shields on my prescription glasses that were approved by my dispatcher as approved PPE he (the pumper) told me this was not acceptable. I told him I would get back in my truck and not get back out, I then contacted my dispatcher to explain the situation. When I was fired for this instance I was told by Jeff Wright that if I could not find a job in 3 weeks to come back and he would hire me back. I went back to work for Wright Choice three weeks later, I was not put in the truck right away, I was doing work in the shop Mr Wright told me he was going to ease me back into the truck to get me back on SRC Synergy site. At the end of 2017 a man by the name of Kenneth was hired as a manager. I had contacted Kenneth many times telling him I was not making the same amount of pay as the other drivers that were doing the same job. That was when Kenneth told me to have patience he would talk to Jeff Wright about getting me a raise a few days later. He came back later telling me Jeff had given me a raise and didn't want me to go anywhere. At the end of 2017 I was contacted by Jeff Wright and Kenneth asked if I would like to start a dirt crew for Wright Choice. They stated once the dirt crew was up and running I would be able to dispatch the dirt crew. I agreed. I made many phone calls on and off the clock trying to get contracts for the dirt crew to hand over to Kenneth so he could make contracts and get them signed. One of the companies I contacted was Martin Marietta and they were one of our first jobs for the dirt crew, after several months and many dirt jobs later, I was still not made the dispatcher.

In April of 2018 I was on an SRC Energy site and got a text from Bill (my dispatcher) that stated do not go back to the Evans pad the pumper is a sexist, this just gives us ammo. I was then pulled off of the site I was working on due to the pumper that worked for SRC did not want a woman on his site. I then contacted HR (Amanda Wright) and ask to have a meeting due to this situation. I was told by Amanda Wright that Jeff Wright would like to sit in on this meeting. I did not have a problem with this at the time assuming he was there to listen and not participate. I recorded the conversation that I had with Jeff Wright, I did not at that point have a meeting with HR like I requested. At that time Jeff Wright told me what the SRC pumper did was wrong. The SRC Pumpers Trate and Lane were not happy with what he did, then was told that I would be pulled off all SRC sites to let the dust settle. Jeff Wright said that he was afraid that this pumper would come after me or send his friends after me I was then pulled off all SRC sites for 3 weeks, and was sent to another company's sights on a swing shift, I didn't receive differential pay for those swing shifts either.

During my employment at Wright Choice I was intimidated by Jeff Wright many times, I would sign write-up because I was told if I didn't I wouldn't be allowed to return to work. I have text messages and voice recordings to backup all of my charges. I quit my job in 2018 first because I was scared I did not know what this pumper or his friends were going to do. I was not being protected by Wright Choice and was even reprimanded. I was not being treated the same as my male co-workers. Since quitting my job I have had a very hard time sleeping. My depression has gotten worse. I have started seeing a therapist. I had to get a job making $6.65 less than what I was making at Wright Choice. Like I stated before I have evidence in the form of text messages and voice recording to backup all of my charges along with my files from the EEOC. There are many instances that I have not spoken about due to lack of evidence.