IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-197-WJM-NRN

BARBARA BRADY, an individual,

    Plaintiff,

v.

WRIGHT CHOICE, INC., a Colorado corporation,

    Defendant.

## STIPULATED JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff Barbara Brady and Defendant Wright Choice, Inc. (collectively, the "Parties"), have reached an amicable settlement in the above referenced matter. Pursuant to Federal Rule of Civil Procedure 41(a), the Parties stipulate that all claims shall be dismissed with prejudice, with each Party to bear their own costs and attorney fees.

Respectfully submitted, this 19th day of November 2021.

| BARBARA BRADY | SHERMAN & HOWARD L.L.C. |
|---|---|
| /s/ Barbara Brady<br>Barbara Brady<br>1200 Dawn Ave.<br>P.O. Box 214<br>Gilcrest, CO 80623<br>e-mail: BradyRemodel@aol.com<br><br>Plaintiff, *Pro Se* | s/ Emily F. Keimig<br>Emily F. Keimig<br>Carissa J. Davis<br>633 17th Street, Suite 3000<br>Denver, CO 80202-3622<br>Telephone: (303) 297-2900<br>Fax: (303) 298-0940<br>Email: ekeimig@shermanhoward.com<br>Email: cdavis@shermanhoward.com<br><br>*Attorneys for Defendant Wright Choice, Inc.* |

54035542.1